IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.T., an individual;<br><br>      Plaintiff<br><br>-against-<br><br>CHOICE HOTELS INTERNATIONAL, INC. et al.<br><br>      Defendants. | CIVIL ACTION NO.:2:23-CV-03209-GRB-LGD |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41**

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff files this Notice of Voluntary Dismissal Without Prejudice as to all Defendants.

Accordingly, Plaintiff hereby requests the Court dismiss all Defendants from this matter, without prejudice, pursuant to Federal Rule of Civil Procedure 41.

Dated: August 28, 2023,                        Respectfully submitted,

                                                  */s/ Jaime M. Farrell*
                                                  Jaime M. Farrell (JF-2912)
                                                  **SLATER SLATER SCHULMAN LLP**
                                                  445 Broad Hollow Road, Suite No. 419
                                                  Melville, New York 11747
                                                  Tel: (631) 944-8308
                                                  Email: jfarrell@sssfirm.com

                                                  *Attorneys for Plaintiff, J.T.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on this **28th** day of **August 2023**, I electronically filed the foregoing **Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41** on the CM/ECF filing system in Case No. 2:23-cv-03209 in the Eastern District of New York, thereby sending notice of said filing to all counsel of record in this matter.

                                                                                   */s/ Jaime M. Farrell*